CASE NO.

# IN THE UNITED STATES DISTRICT COURT FOR THE IHM DISTRICT OF TEXAS Houston DIVISION

Plaintiff's Name and ID Number Ortega, Raphael 03192017

Place of confinement Harris county jail

V.

Defendant's Name and Address Sheriff ED Gonzalez 1200 Baker St Houston, TX 77002

Defendant's Name and Address Harris county Sherriff's office 1200 Baker St Houston, TX 77002

I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuit in state or federal court relating to your imprisonment? X YES __ NO

B IF your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one law suit, describe the additional lawsuits on another peice of paper giving the same information.)
1. Approximate date of filing lawsuit: OCT 2023
2. Parties to previous lawsuit:
Plaintiff(s) Harris county jail inmates
Defendant(s) Harris county magistrates, Harris county district

attorney office, City of Houston, State of Texas Public Defenders office, various court appointed attorney's

3-7 N/A

II. PLACE OF PRESENT CONFINEMENT
Harris county jail

EXHAUSTION OF GRIEVANCE PROCEDURES:

~~Have you exhausted all steps of the institutional~~ grievance procedure? X YES _ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Ortega Raphael 7805 Rockhill St. Houston, TX 77061
B. Full name of each defendant, his official position, his place of employment, and his full mailing address.
Defendant #1: Sherriff ED Gonzalez, Harris county sherriffs office sherriff, Harris county sherriffs office, 1200 Baker ST Houston TX 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Religious descrimination and or persecution, violation or rights to freedom of speech, press, and religion 1st amendment rights.

Defendant #2: Harris county sherriff's office, local law enforcement agency, 1200 Baker ST Houston, TX 77002.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Religious descrimination and or persecution, Violation of rights to freedom of speech, press, and religion 1st amendment rights.

V. STATEMENT OF CLAIM:

The Harris county sherriff's office stopped allowing books into the jail, they do not provide news papers, only provide christian and Islamic reading material from a small selection, don't have any religious services, throw away religious reading material for unwarranted reasons durring shakedowns, the gaurds have interrupted prayer numerous times for unnecessary reasons.

VI. RELIEF:
A. State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no

cases or statutes.

I want to be able to express my religion freely without predijuce and bias as well as have access to media and press of my choosing which all fall under my 1st amendment rights.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Raphael Ortega (legal name) Andrew Garcia, Johnny Graves, Ralph Orton

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Harris county SPN: 03192017

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed — YES  X NO

# PLAINTIFF'S DECLARATIONS

1. I declare under penalty of prejury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions or appeals (from a judgement in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of cost, I am responsible for the entire filing fee and cost assesed by the court, which shall be deducted in accordance with the law from my inmate trust fund account by my custodian until the filing fee is paid.

Signed this 12th Day of March, 2024

*Ortega, Raphael*
(signature of plaintiff)

Case 4:24-cv-01077   Document 1   Filed on 03/25/24 in TXSD   Page 6 of 7

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name Ortega Raphael
SPN 03162014   Cell 6N2A
Street 1200 Baker
HOUSTON, TEXAS 77002



Keefe
Commissary Network

**INDIGENT**

HOUSTON TX RPDC
19 MAR 2024 PM 6



ZIP 77002
02 4W
0000368784 MAR. 19. 2024

US POSTAGE PITNEY BOWES
$ 000.64⁰

David J. Bradley
Clerk of Court
P.O. Box 61010
Houston, TX 77208

Nathan Ochsner, Clerk of Court
MAR 21 2024
FILED
United States Courts
Southern District of Texas

77208-801010